IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN  6 2011

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 10-cv-03146-BNB

MICHAEL GABRIEL,

    Plaintiff,

v.

BNSF RAILWAY COMPANY,

    Defendant.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 6, 2011, at Denver, Colorado.

                    BY THE COURT:

                    s/ Boyd N. Boland
                    United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03146-BNB

Michael Gabriel
7110 W. 12th St.
Greeley, CO 80634

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 6, 2011.

                                           GREGORY C. LANGHAM, CLERK

                                  By: _____
                                              Deputy Clerk