**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action:** 10-cv-03146-DME-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** April 20, 2011 | **Courtroom Deputy:** Linda Kahoe |

MICHAEL GABRIEL,                                                    *Pro se*

     Plaintiff,

v.

BNSF RAILWAY COMPANY,                                   Andrew David Ringel
                                                                              Katelyn Shea Werner
     Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   PRELIMINARY RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:        8:30 a.m.**
Court calls case.  Appearances of counsel.  Plaintiff appears *pro se.*

Discussion regarding Unopposed Motion for Withdrawal of P. Lee Merreot, doc #[13], filed 4/19/2011.

**ORDERED:**   Unopposed Motion for Withdrawal of P. Lee Merreot, doc #[13], filed 4/19/2011, is **GRANTED.**

The court explains the discovery process to Mr. Gabriel.

The court advises Mr. Gabriel to obtain a copy of the Local Rules, and to familiarize himself with those rules and with the Federal Rules of Civil Procedure.

The court advises Mr. Gabriel to notify the court, and opposing counsel, in writing, with any changes in his contact information.

**ORDERED:**   Discovery Cut-off**:  OCTOBER 20, 2011**

        Dispositive Motions deadline**:  NOVEMBER 21, 2011**

        Each side shall be limited to **10** depositions, **25** interrogatories, **25** requests for production of documents, **25** requests for admission, absent leave of court.

        Each side shall be limited to **2** expert witnesses, absent leave of court.

        Parties shall designate affirmative experts **on or before AUGUST 1, 2011**

        Parties shall designate rebuttal experts **on or before SEPTEMBER 1, 2011**

        Interrogatories, Requests for Production of Documents, and Requests for Admissions

shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

**FINAL  PRETRIAL CONFERENCE**  is set for **Tuesday, JANUARY 31, 2012 at 9:15 a.m.**   A Proposed Final Pretrial Order is due **no later than SEVEN (7) DAYS before the Final Pretrial Conference.**  (See the court's website for Instructions for Preparation and Submission)

HEARING CONCLUDED.
**Court in recess:          9:10 a.m.**
Total time in court:     00:40

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.