IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-03146-DME-CBS

MICHAEL GABRIEL,

    Plaintiff,

v.

BURLINGTON NORTHERN SANTA FE RAILWAY CO.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Joint Stipulated Motion for Dismissal With Prejudice. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that Plaintiff's claims against the Defendant should be dismissed with prejudice.

THEREFORE IT IS ORDERED as follows:

1.    That the Joint Stipulated Motion for Dismissal With Prejudice is APPROVED; and

2.    That Plaintiff's claims against the Defendant are DISMISSED WITH PREJUDICE, each party to pay his own attorneys fees and costs.

Dated this 8th day of November, 2011.

                              BY THE COURT:

                              *s/ David M. Ebel*
                              _____
                              David M. Ebel
                              United States Circuit Judge